# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02569-BNB

CLAYTON B. PHILLIPS,

    Plaintiff,

v.

ROBERT STEINBECK, Lieutenant for the Colorado Dept. of Corrections,
    individually and in his official capacity, and
TIMOTHY RITTER, Lieutenant for the Colorado Dept. of Corrections,
    individually and in his official capacity,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 19 2007

GREGORY C. LANGHAM
CLERK

---

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on Plaintiff Clayton B. Phillips' motion for appointment of counsel (docket number 4), supporting brief (docket number 5), and affidavit in support of the motion for appointment of counsel (docket number 6), each of which was filed on January 3, 2007. Also before the Court is the motion for partial summary judgment (docket number 8), supporting brief (docket number 9), declaration in support of the motion for partial summary judgment (docket number 10), and statement of undisputed facts in support of the motion for partial summary judgment (docket number 11), each of which was filed on January 30, 2007. The motions for appointment of counsel and for partial summary judgment are DENIED as premature.

Dated: March 19, 2007

---

Copies of this Minute Order mailed on March 19, 2007, to the following:

Clayton B. Phillips
Prisoner No. 66880
CCF
PO Box 600
Cañon City, CO 81215- 0600

                                                _____
                                                Secretary/Deputy Clerk