IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-02569-WDM-KLM

CLAYTON B. PHILLIPS,

    Plaintiff,

v.

ROBERT STEINBECK, Lieutenant for The Colorado Dept. Of Corrections,
    Individually and in His Official Capacity,   and
TIMOTHY RITTER,  Lieutenant for The Colorado Dept. Of Corrections,
    Individually and in His Official Capacity,
,

    Defendant(s).
_____

## MINUTE ORDER

_____
**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX**

    This matter comes before the Court on Plaintiff's Motion to Preserve Evidence and Records (Docket No. 14, Filed February 12, 2007).

    IT IS HEREBY **ORDERED** that Plaintiff's motion is **DENIED**.  Insofar as the motion pertains to evidence at issue in the present proceeding, court-ordered preservation is not necessary given the protections afforded parties in Fed. R. Civ. P. 26(b) & 34.  However, Plaintiff also requested preservation of evidence that does not appear to be at issue in the present proceeding.  A motion for preservation of evidence that is not relevant to a claim or defense in the above-captioned matter is not within the purview of the Rules' protection and will not be considered.

Dated:  August 31, 2007