IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-02569-WDM-KLM

CLAYTON B. PHILLIPS,

     Plaintiff,

v.

ROBERT STEINBECK, Lieutenant for The Colorado Dept. Of Corrections,
    Individually and in His Official Capacity, and
TIMOTHY RITTER,  Lieutenant for The Colorado Dept. Of Corrections,
    Individually and in His Official Capacity,

     Defendant(s).
_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX**

     This matter comes before the Court on Plaintiff's Motion to Show Cause for Denial of Access to Courts via Denial of Legal Supplies [Docket No. 51, Filed August 27, 2007], and Plaintiff's Motion to Strike Defendants' Motion to Dismiss for Failure to Properly Serve It on Plaintiff [Docket No. 52, Filed August 27, 2007].

     IT IS HEREBY **ORDERED** that Plaintiff's Motion to Show Cause [Docket No. 51] is **DENIED**.  Without passing judgment on the merits of Plaintiff's motion, this Court takes notice that despite Plaintiff's assertion that he was denied the number of sheets of paper he requested, he has suffered no prejudice nor been denied access to the courts.  From the date of his Motion to Show Cause through the month of August, Plaintiff has been able to file eight different pleadings of varying lengths with the Court.  Moreover, Plaintiff makes no assertion that he was unable to file a motion or response on the basis of a lack of paper.  Finally, Plaintiff makes no showing that the Defendants named in this action are responsible for the harm he believes that he has suffered.

     IT IS FURTHER HEREBY **ORDERED** that Plaintiff's Motion to Strike [Docket No. 52] is **DENIED**.  Defendants certified service of their Motion to Dismiss on Plaintiff on July 2, 2007.  Plaintiff, however, asserts that he did not receive Defendants' Motion to Dismiss in a timely fashion.  Regardless, Plaintiff concedes he did eventually receive the Motion

to Dismiss, and the Court notes that Plaintiff has now filed his response to it.  Although Plaintiff's response was untimely, the Court will consider it in determining the Motion to Dismiss.  As such, Plaintiff has not been prejudiced.

IT IS FURTHER HEREBY **ORDERED** that Plaintiff shall make all requests for relief in this case in the form of motions, pursuant to Fed. R. Civ. P. 7(b)(1).  The Court declines to rule on requests for relief contained in letters to the Court.

Dated:  September 28, 2007