## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Kristen L. Mix

Civil Action No.:  06-cv-02569-WDM-KLM

FTR - Reporter Deck - Courtroom C-204
Byron G. Rogers United States Courthouse

**Date:**   June 19, 2008

Courtroom Deputy,  Ellen E. Miller

_____

CLAYTON B.  PHILLIPS,                                               David C.  Japha
#66880

　　**Plaintiff(s),**

v.

ROBERT STEINBECK,   and                                    James X.  Quinn
TIMOTHY  RITTER,

　　**Defendant(s).**
_____
### COURTROOM   MINUTES  /  MINUTE   ORDER
_____

**HEARING:   PRELIMINARY RULE 16(b)  SCHEDULING / STATUS  CONFERENCE**
Court in Session: 11:00 a.m.
Court calls case. Telephonic appearance of Plaintiff; in court appearance of Plaintiff's counsel and Defendants' counsel.

Opening statements by the Court.

Discussion is held regarding pending motions.    Plaintiff makes an Oral motion to withdraw the motions which are pending at this time.  With no objection from defendants,

**It is ORDERED:**　　Plaintiff's ORAL   MOTION   TO   WITHDRAW PENDING MOTIONS
　　　　　　　　　　　is  **GRANTED.**
Therefore,

**It is ORDERED:**　　Plaintiff's   MOTION   FOR A PROTECTIVE ORDER AND/OR A
　　　　　　　　　　　MOTION FOR A TEMPORARY RESTRAINING  ORDER AND A
　　　　　　　　　　　PRELIMINARY INJUNCTION [Docket No. **97,** Filed April 25, 2008]  and
　　　　　　　　　　　the Memorandum   of Law in Support of Motion [Docket No. **98,** Filed
　　　　　　　　　　　April 25, 2008] are  **WITHDRAWN.**

**It is ORDERED:**     Plaintiff's   MOTION FOR LEAVE TO FILE AN AMENDED AND/OR SUPPLEMENTAL COMPLAINT   [Docket No. **118,** Filed June 16, 2008] is **WITHDRAWN.**


**It is ORDERED:**     Plaintiff's   MOTION   PURSUANT TO 28 U.S.C. § 652   AND   COLO. DIST. CT. L. RULE 16.6 FOR EARLY SETTLEMENT CONFERENCE OR ALTERNATIVE DISPUTE RESOLUTION   [Docket No. **119,** Filed June 16, 2008]   is **WITHDRAWN.**


**It is ORDERED:**     Parties shall complete Fed.R.Civ.P.  26(a) mandatory disclosures   **no later than JULY 01, 2008.**

**It is ORDERED:**     DISCOVERY DEADLINE is set   **NOVEMBER 30, 2008.**

**It is ORDERED:**     DISPOSITIVE MOTIONS DEADLINE is set **JANUARY 15, 2009.**

Each side shall be limited to three (3) depositions.  Each deposition shall be limited  to  one (1) day of a maximum of seven (7) hours, absent leave of Court.

Each side shall be limited to twenty-five (25) Interrogatories,  twenty-five (25)  Requests for Production,  and  twenty-five (25)  Requests for Admissions.

No **SETTLEMENT CONFERENCE** is set at this time.   If the parties determine a Settlement Conference would be beneficial in the future, they may file a Joint  Motion requesting that one be set.


No **STATUS CONFERENCE** is set at this time.  If the Court determines one is necessary, one will be set by Minute Order.   The parties   may  request a status conference by contacting Chambers (303) 355-2770, preferably as a joint conference call, and request that one be set.


**FINAL  PRETRIAL CONFERENCE**   is set  **MAY  11,  2009  at  9:00 a.m.**
Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado 80294.
Final Pretrial Order is due  **no later than five (5) days**  before the Final Pretrial Conference.   (See the court's website  **www.cod.uscourts.gov**   for Instructions for Preparation and Submission.)  In accordance  with  FED.R.Civ.P.  16(d),  the  conference  shall  be  attended  by  at  least  one  of  the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.

HEARING CONCLUDED.

**Court in recess:**  11:22  a.m.
Total In-Court Time:    00:22

To order a transcript of this hearing,   please contact   Avery Woods Reporting   (303)825-6119

HEARING CONCLUDED.

**Court in Recess**:
Total In-Court Time:    00: