IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-02569-WDM-KLM

CLAYTON B. PHILLIPS,

     Plaintiff,

v.

ROBERT STEINBECK, Lieutenant for The Colorado Dept. Of Corrections,
    Individually and in His Official Capacity, and
TIMOTHY RITTER,  Lieutenant for The Colorado Dept. Of Corrections,
    Individually and in His Official Capacity,

     Defendant(s).
_____

**MINUTE ORDER**
_____

**ORDER ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX**

     This matter comes before the Court on Plaintiff's **Unopposed Motion to Modify Scheduling Order to Extend Discovery Cut-Off Date** [Docket No. 130; Filed November 11, 2008] (the "Motion").  Pursuant to the Motion, Plaintiff seeks an extension of both the discovery cutoff and dispositive motions deadlines.

     IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Order entered on June 19, 2008 [Docket No. 123] is amended to extend the following deadlines:

-    Discovery Cutoff               **December 31, 2008**
-    Dispositive Motions Deadline     **February 16, 2009**

     A review of the docket in conjunction with this Motion reveals that Plaintiff tendered an Amended and Supplemental Complaint on June 20, 2008 [Docket No. 124].  He was not given leave to do so pursuant to Fed. R. Civ. P. 15 and, even if leave had been granted, the complaint was tendered by Plaintiff and not his counsel in violation of D.C. Colo. L. Civ. R. 11.1.  In order to add clarity to the docket,

     IT IS HEREBY **ORDERED** that Plaintiff's Amended and Supplemental Complaint [Docket No. 124] is **STRICKEN**.

Dated:  November 17, 2008