IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 06-cv-02569-WDM-KLM

CLAYTON B. PHILLIPS,

    Plaintiff,

v.

ROBERT (I) STEINBECK, et at.,

    Defendants.

_____

**ORDER**
_____

    This matter was referred to the magistrate judge on April 5, 2007, for various matters, including to conduct hearings, including evidentiary hearings, and submit proposed findings of fact and recommendations for rulings on dispositive motions. Counsel has subsequently entered an appearance for the Plaintiff. It is now ordered that the Order of Reference to Magistrate Judge will be amended to withdraw the reference of dispositive motions.

    DATED at Denver, Colorado, on March 23, 2009.

                                               BY THE COURT:

                                               s/ Walker D. Miller
                                               United States District Judge

PDF FINAL